UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-23036-RNS

WINDY LUCIUS,

 Plaintiff,

v.

SEABO FRANCHISING, LLC d/b/a
CHERRY BLOW DRY BAR,

 Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant, Plaintiff Windy Lucius hereby gives notice that she voluntarily dismisses all claims against Defendant without prejudice, and requests that this Court terminate the action.

Dated: October 8, 2020     Respectfully submitted,

            */s/ J. Courtney Cunningham*
            J. Courtney Cunningham, Esq.
            J. COURTNEY CUNNINGHAM, PLLC
            FBN: 628166
            8950 SW 74th Court, Suite 2201
            Miami, FL 33156
            T:  305-351-2014
            cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

            */s/ J. Courtney Cunningham*
            J. Courtney Cunningham, Esq.