United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Windy Lucius, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-23036-Civ-Scola |
| | ) |
| Seabo Franchising, LLC, Defendant. | ) |

## **Order of Dismissal**

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 19.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on October 8, 2020.

_____
Robert N. Scola, Jr.
United States District Judge